BRYAN, Judge,
concurring in part and concurring in the result.
I concur fully in the following portion of the main opinion:
“[W]e hold, consistent with the language from footnote 11 in Ex parte Drummond [Co., 837 So.2d 831, 836 (Ala.2002) ], that a worker who sustains a permanent injury to a scheduled member resulting in chronic pain in the scheduled member that is so severe that it virtually totally physically disables the worker would not be limited to the benefits set out in the schedule [in § 25-5-57(a) ]. To the extent the plurality opinion in [Masterbrand Cabinets, Inc. v.] Johnson [, 984 So.2d 1136 (Ala.Civ.App. *417 2005),] states some other test, we reject that opinion.”
18 So.3d at 416.
In all other respects, I concur in the result.